UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| BELINDA LITTLE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:11CV00185 AGF-SPM |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Mensah to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On November 9, 2012, Magistrate Judge Mensah filed her recommendation that the Court deny Plaintiff's request to reverse the decision of the Commissioner and remand the case for further administrative proceedings pursuant to 42 U.S.C. § 405(g). Neither party has filed an objection to the recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 17.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2012.